**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-8239**

DWIGHT XAVIER JONES,

Plaintiff – Appellant,

v.

CORRECTIONAL CARE SOLUTIONS; DENNIS A. TRACY; SERGEANT KLAUSEN, Lexington County Detention Center; NFN MICKEN, Lexington County Detention Center; JAMES R. METTS, Lexington County Sheriff's Department,

Defendants – Appellees,

and

LEXINGTON COUNTY SHERIFF'S DEPARTMENT, LCMANET; LEXINGTON COUNTY DETENTION CENTER,

Defendants.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Henry M. Herlong, Jr., Senior District Judge.  (0:09-cv-00269-HMH-PJG)

Submitted:  February 18, 2010        Decided:  February 26, 2010

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Dwight Xavier Jones, Appellant Pro Se.  Amanda R. Maybank, MAYBANK LAW FIRM, LLC, Charleston, South Carolina, Daniel C.

Plyler, DAVIDSON & LINDEMANN, PA, Columbia, South Carolina, for
Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwight Xavier Jones seeks to appeal a December 10, 2009 order of the district court. The district court docket sheet reveals no such order, or any other final or appealable order. See 28 U.S.C. §§ 1291, 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-47 (1949). Therefore, we grant the Appellees' motions to dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED